SLIP OPINION

Cite as 2014 Ark. 337

# SUPREME COURT OF ARKANSAS

No. CV-14-122

| | | |
|---|---|---|
| | | **Opinion Delivered** July 31, 2014 |
| JIMMY SMITH | | APPELLEE'S MOTION TO DISMISS APPEAL |
| | APPELLANT | [LINCOLN COUNTY CIRCUIT COURT, NO. 40CV-13-109] |
| V. | | |
| RAY HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION | | HONORABLE JODI RAINES DENNIS, JUDGE |
| | APPELLEE | |
| | | MOTION GRANTED. |

## PER CURIAM

On February 7, 2014, appellant Jimmy Smith lodged an appeal in this court from a circuit court order that had dismissed his pro se petition for writ of habeas corpus. The appellee State now asks that the appeal be dismissed for appellant's failure to submit a brief.

Appellant was informed that his brief-in-chief was due here no later than March 19, 2014. As of the date of this opinion, he has not tendered a brief or filed a motion to file a belated brief. He has taken no action to pursue the appeal.

Failure of an appellant who is acting pro se to file a brief in an appeal is cause for dismissal of the appeal. *Ball v. State*, 2014 Ark. 152 (per curiam); *Farnsworth v. State*, 2013 Ark. 484 (per curiam); *Butler v. Hobbs*, 2012 Ark. 162 (per curiam); *Barker v. Hobbs*, 2011 Ark. 420 (per curiam); *Ingold v. State*, 2009 Ark. 611 (per curiam); *Vickers v. State*, 2009 Ark. 585 (per curiam); *Pineda v. State*, 2009 Ark. 554 (per curiam).

Motion granted.